# COURT MINUTES
# Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor                     Date: 08/05/2026   Time: 1:00 PM

Defendant: 3) Balmes Manuel Arias Rodriguez   J#: 64648-053   Case #: 26-CR-20090-BLOOM/ELFENBEIN(SEALED)

AUSA: LYNN KIRKPATRICK                     Attorney: BIJAN SEBASTIAN PARWARESCH (PERM)

Violation: Consp to Distr Cocaine Intending, Knowing, and Having Reasonable cause to Believe it Would be Unlawfully Imported into The U.S. Consp to import Cocaine into The U.S. Consp to PWID Cocaine W/ Persons on board a Vessel.     Surr/Arrest Date: 08/04/2026   YOB: 1972

Proceeding: Initial Appearance/Arraignment                     CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at: **STIP-PTD WITH RIGHT TO REVISIT**          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: SPANISH

Disposition:
Defendant sworn & advised of rights & charges. Government's Motion to Unseal-Granted. Defendant arraigned. Defendant's ore tenus request for issuance of Standing Discovery Order-Granted. Government seeks PTD due to risk of flight and danger to community. Parties STIP to PTD with Right to revisit. Brady Order Given.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:30:58/13:46:21                     Time in Court: 7 mins

s/Lisette Reid                     Magistrate Judge