UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami)

CASE NO.: 1:26-CR-20090-BB-3

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

BALMES MANUEL ARIAS RODRIGUEZ,
*Defendant.*
______________________________________/

**DEFENDANT'S UNOPPOSED MOTION TO BE TRANSFERRED TO FDC MIAMI**

COMES NOW the Defendant, Balmes Manuel Arias Rodriguez, through undersigned counsel and petitions this Honorable Court to transfer the Defendant back to FDC Miami after his  and as grounds states the following:

1. The Defendant is currently incarcerated at Broward County Main Detention Center.

2. This case is set for a status conference on August 27, 2026 in the Fort Lauderdale division.

3. The Defendant was housed at FDC Miami and has been recently transported to Broward County Main Detention Center pending the August 27, 2026 status conference.

4. The Defendant respectfully requests this Honorable Court to transfer back to FDC Miami after the status conference on August 27, 2026, through the pendency of his case.

5. Undersigned counsel maintains his office in Miami, FL, and it will be far more efficient to work with the Defendant if he is housed at FDC Miami.

6. The Defendant also has extremely high blood pressure which has not been treated at the Broward County Main Jail, but was being previously treated at FDC Miami.

7. Undersigned counsel has conferred with Assistant United States Attorney Lynn M. Kirkpatrick, who has no objection to the relief sought herein.

WHEREFORE undersigned counsel requests this Honorable Court to transfer the Defendant back to FDC Miami after the status conference on August 27, 2026, through the pendency of his case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed via CM/ECF and furnished to the Office of the United States Attorney on this 25th day of August, 2026.

Respectfully submitted,

By: *[/s/ Bijan S. Parwaresch]*

Law Offices of Bijan Parwaresch & Associates
FL Bar No. 127700
4770 Biscayne Blvd., suite 1060
Miami, FL. 33137
Tel. 305-505-8858
bijanlaw@aol.com
*Attorney for Defendant*