UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami)

CASE NO.: 1:26-CR-20090-BB-3

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

BALMES MANUEL ARIAS RODRIGUEZ,
*Defendant.*
_______________________________________/

**DEFENDANT'S EMERGENCY MOTION FOR MEDICAL TREATMENT WHILE INCACERATED AT BROWARD COUNTY MAIN JAIL**

COMES NOW the Defendant, Balmes Manuel Arias Rodriguez, through undersigned counsel and petitions this Honorable Court to assist in having the Broward County Main Jail provide the Defendant medical treatment.

1. This Defendant has been diagnosed with and is suffering from extremely high blood pressure.

2. Prior to being transferred from FDC Miami to Broward County Main Jail, the Defendant was receiving medical treatment.

3. The Defendant has now been in custody at Broward County Main Jail for six days and has not received the appropriate medication while his blood pressure has been spiking leaving him with extreme headaches and dizziness.

WHEREFORE undersigned counsel respectfully requests this Honorable Court to direct the Broward County Main Jail to provide the Defendant with medical treatment.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed via CM/ECF and furnished to all parties who elected to receive service on this 26th day of August, 2026.

Respectfully submitted,

By: *<u>/s/ Bijan S. Parwaresch</u>*

Law Offices of Bijan Parwaresch & Associates
FL Bar No. 127700
4770 Biscayne Blvd., Suite 1060
Miami, FL 33137
Tel. 305-505-8858
bijanlaw@aol.com
*Attorney for Defendant*