UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami)

CASE NO.: 1:26-CR-20090-BB-3

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

BALMES MANUEL ARIAS RODRIGUEZ,
*Defendant.*
_____________________________________/

**UNOPPOSED JOINT MOTION TO CONTINUE CALENDAR CALL AND TRIAL FOR A PERIOD OF 60 DAYS**

COMES NOW the Defendant, Balmes Manuel Arias Rodriguez, through undersigned counsel, and petitions this Honorable Court to continue the calendar call date on December 10, 2026, all associated deadlines and trial period commencing on December 14, 2026, and states as grounds the following:

1. The Defendant was charged by Indictment with: conspiracy to possess with intent to distribute controlled substances (Counts 1 and 4); and distribution of controlled substances (count 2).

2. This case is currently set for calendar call on December 10, 2026, and trial period beginning December 14, 2026.

3. Further time is requested based on ongoing plea negotiations with the government in this case.

4. For these reasons, the Defendant requests that this Honorable Court find that the ends of justice are served by granting this continuance, which outweighs the interests of the public and the Defendant in a speedy trial, pursuant to the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7). Undersigned counsel has discussed the Speedy Trail Act with the Defendant, and he hereby waives his right to a speedy trial.

5. Undersigned counsel has conferred with codefendant Julio Alfredo Rondon-Abreu's attorney, Marcos Beaton, Jr., who joins in the relief sought in this motion.

6. Undersigned counsel has conferred with Assistant United States Attorney Lynn M. Kirkpatrick, who has no objection the relief sought in this motion.

7. Based on the foregoing, the Defendant, Balmes Manuel Arias Rodriguez, requests that this Honorable Court continue the calendar call currently set for December 10, 2026, all associated deadlines, and trial for a period of 60 days.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed via CM/ECF and furnished to all parties who elected to receive service on this 23rd day of November, 2026.

Respectfully submitted,

By: *<u>/s/ Bijan S. Parwaresch</u>*
Law Offices of Bijan Parwaresch & Associates
FL Bar No. 127700
4770 Biscayne Blvd., Suite 1060
Miami, FL 33137
Tel. 305-505-8858
bijanlaw@aol.com
*Attorney for Defendant*